IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CIVIL ACTION NO.: 4:20-cr-10 |
| v. | |
| KELVIN TYRONE WILLIAMS, | |
| Defendant. | |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's June 16, 2020, Report and Recommendation, (doc. 41), to which no party has filed objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 41), as the opinion of the Court. Williams' Motion to Suppress (doc. 31) is, therefore, **DENIED**.

**SO ORDERED**, this 3rd day of September, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA